7-23-15
Thursday
83,019-02

To Honorable Justice of Said
of Criminal Appeals!

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 27 2015
Abel Acosta, Clerk

I, Timothy Wright, spin #15 ~~Abel Acosta, Clerk~~ A in cause number #1443972 of Trial Court 351ST District of Harris County, Texas, is writting on behalf of an status or update on a pre-total writ of Habeas Corpus pursuant to Art. 11.05 of the Tex, Code of Criminal Proc, That was recleved by Court of Criminal Appeals as the only adaqate remedy at law that would free Ex Parte, Wright from illegal confinement and or cruel and unusual punishment that is protected under 14th U.S.C. Amend. if resolved in defendents favor.

P.S.

Thank You dearly Mr. ABEL ACOSTA (Clerk) And Judges of The Court of Criminal Appeals of Austin, Texas.

Please respond back at your earliest convience.